UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TERESA M. TEASLEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. NO. 2:21-cv-1-DCP |
| | ) |
| KILOLO KIJAKAZI,[1] | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

For the reasons set forth in the accompanying Order of Remand, the Court finds the Joint Motion for Entry of Judgment Under Sentence Four, 42. U.S.C. § 405(g) [**Doc. 23**] is **GRANTED**. Plaintiff's Motion for Judgment on the Pleadings [**Doc. 21**] is hereby **DENIED AS MOOT.** Accordingly, this case is remanded pursuant to sentence four of 42 U.S.C. §405(g) to the Commissioner for further proceedings consistent with the Order of Remand.

**ENTER**:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
   CLERK OF COURT

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).